Karen DROUILLARD, Respondent,

v.

ST. MARY'S MEDICAL CENTER/DU-
LUTH CLINIC, Self–Insured, adminis-
tered by Gallagher Basset, Relator.

No. A03–1470.

Supreme Court of Minnesota.

Dec. 16, 2003.

Patrick M. Spott, Jeremy M. Hurd, Or-
man, Nord & Spot Law Office, Duluth, for
appellant.

Russell J. LaCourse, LaCourse Law Of-
fice, P.A., Duluth, for respondent.

ORDER

Based upon all the files, records and
proceedings herein,

IT IS HEREBY ORDERED that the
decision of the Workers' Compensation
Court of Appeals filed September 4, 2003,
be, and the same is, affirmed without opin-
ion. *See* Minn. R. Civ.App. P. 136.01.

Employee is awarded $1,200 in attorney
fees.

BY THE COURT:

/s/Paul H. Anderson
Associate Justice

In re APPLICATION FOR TERMI-
NATION OF PROBATION OF Steve
G. HEIKENS, a Minnesota Attorney,
Registration No. 124394.

No. C3–90–432.

Supreme Court of Minnesota.

Dec. 23, 2003.

ORDER

On January 25, 1994, respondent Steve
G. Heikens was suspended from the prac-
tice of law for a minimum of three years,
with that suspension to be retroactive to
March 27, 1990, reinstated to the practice
of law and placed on supervised probation
until further order from this court. *In re
Heikens,* 509 N.W.2d 919 (Minn.1994).

The Director of the Office of Lawyers
Professional Responsibility has filed a mo-
tion for termination of respondent's proba-
tion. The Director indicates that respon-
dent has complied with all conditions of his
probation and that the parties agree that
respondent's probation should be terminat-
ed.

Based upon all the files, records and
proceedings herein,

IT IS HEREBY ORDERED that re-
spondent Steve G. Heikens' public proba-
tion be, and the same is, terminated effec-
tive immediately.

BY THE COURT:

/s/Paul H. Anderson
Associate Justice